```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLTON RAMBERT,

                                        Plaintiff,

           -against-

SILVERCUP SCAFFOLDING I LLC, et al.,

                                        Defendants.

**ORDER**

**1:23-cv-00437 (JLR) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

      This action has been referred to the undersigned for purposes of reviewing and deciding whether to approve the settlement reached by the parties in this action. The parties shall have until October 25, 2023 to submit their executed settlement agreement and joint letter motion for the Court's approval of the settlement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199, 206 (2d Cir. 2015).

      If all parties consent to conducting all further proceedings before the undersigned, they must, by October 18, 2023, file on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to the Order of Reference (and also available at https://www.nysd.uscourts.gov/node/754). If the Court approves that form, all further proceedings will then be conducted before the undersigned. Any appeal would be taken directly to the United States Court of Appeals for the Second Circuit. If any party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter, by October 18, 2023, advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who

do not consent. There will be no adverse consequences if the parties do not consent to proceed before the Magistrate Judge.

**SO ORDERED.**

Dated: New York, New York
       October 5, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge